UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br>Kristine Louise Autry<br><br>DEBTOR(S)<br><br>290 Seminole Trail Bamberg, SC 29003<br>XXX-XX-8835 | CASE NO: 24-02345<br><br>CHAPTER 13 |

**NOTICE OF CONFIRMATION HEARING**

The debtor(s) in the above captioned case filed a chapter 13 plan on 9/18/2024. The plan is attached or will be separately mailed to you by the debtor(s).

**Your rights may be affected by the plan**. You should read the plan carefully and discuss it with your attorney if you have one in this bankruptcy case. **(If you do not have an attorney, you may wish to consult one.)**

Any objection to confirmation of the chapter 13 plan must be filed with the Court at 1100 Laurel Street, Columbia, SC 29201-2423 and served on the chapter 13 trustee, the debtor(s), and any attorney for the debtor(s) at least seven days prior to the confirmation hearing. Objections to confirmation may be overruled if the objecting party fails to appear and prosecute the objection. If no objection is timely filed, the plan may be confirmed on recommendation of the trustee.

The confirmation hearing will be held on **October 24th, 2024, at 10:00 a.m..,** Location: 1100 Laurel St, Columbia, SC 29201

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the plan and may enter an order confirming the plan.

Date: September 18, 2024          /s/ Michael R. Culler, Jr.
                                  Michael R. Culler, Jr. esq
                                  Fed ID # 06888
                                  1540 Russell Street SE Suite 103
                                  Orangeburg, SC 29115
                                  (803)536-5055
                                  (803)536-5/063 fax
                                  mrcullerlaw@yahoo.com